IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

ROBERT E. COTNER,           )
                            )
           Petitioner,      )
                            )
v.                          )      No. CIV 12-270-RAW-KEW
                            )
ANITA TRAMMELL, Warden,     )
                            )
           Respondent.      )

## OPINION AND ORDER

Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The respondent is hereby ordered to show cause why the writ should not issue by filing an answer to the petition within thirty (30) days. *Extensions of time will be granted for good cause only and in no event for longer than an additional twenty (20) days.*

IT IS SO ORDERED this 12th day of September 2012.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE